## BROWN *v.* BERRIEN COUNTY BANK.

ATKINSON, J. 1. On conflicting evidence there was no abuse of discretion in refusing an interlocutory injunction.

2. No assignment of error based on the admission of evidence in this case requires a new trial.

*Judgment affirmed. All the Justices concur.*
JANUARY 11, 1917.

Petition for injunction. Before Judge Thomas. Berrien superior court. February 26, 1916.

*Hendricks, Mills & Hendricks,* for plaintiff.

*W. R. Smith, W. D. Buie,* and *E. K. Wilcox,* for defendant.

